## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

Ira Carroll,

        Plaintiff,

   vs.

Experian Information Solutions, Inc., and
Mountain Run Solutions, LLC,

        Defendants.

Case No.: 1:21-cv-03034-MLB-JCF

## DECLARATION OF IRA CARROLL

Pursuant to 28 U.S.C. § 1746, I, Ira Carroll, hereby declare under the penalties for perjury under the laws of the United States of America that the following is true and correct:

1.    I am the Plaintiff in the above-entitled action and can testify to the following facts.

2.    I filed this lawsuit against the defendants, including Mountain Run Solutions, LLC ("Mountain Run"), because they failed and/or refused to delete an obsolete tradeline which they should not report and could not collect upon because it was outside the applicable statute of limitations.  In addition, Mountain Run did not even report that the debt was being disputed.

3.     I am trying to do what I can to get my credit and financial situation improved.

4.     I have suffered from loss of sleep, stress, anxiety, worry, frustration, and anger as a result of Mountain Run's refusal to delete the obsolete tradeline.

5.     The emotional distress has resulted in my suffering from loss of sleep and headaches from worrying about the inability to get my credit reports corrected.

6.     My depressed credit score because of the incorrect reporting has caused me to not qualify for a higher mortgage amount.

7.     I have suffered from humiliation as my credit rating and responsibly handling my financial obligations is important to me and the obsolete tradeline creates a misleading and false impression.

I AFFIRM UNDER THE PENALTIES FOR PERJURY THAT THE FOREGOING REPRESENTATIONS ARE TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

Dated: December 23, 2021

IRA CARROLL (Dec 23, 2021 19:27 EST)

Ira Carroll