# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

Ira Carroll,

        Plaintiff,

v.                           Case No. 1:21-cv-3034-MLB

Mountain Run Solutions LLC,

        Defendant.

_____/

## ORDER

This matter is before the Court on Magistrate Judge J. Clay Fuller's Non-Final Report and Recommendation ("R&R") (Dkt. 21). The R&R recommends that Plaintiff's motion for default judgment be denied with leave to file an amended motion to address the proper standard for determining whether personal jurisdiction exists over a foreign defendant and how this standard applies to the facts of this case. Plaintiff does not object to the R&R.

"It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those

findings." *Thomas v. Arn*, 474 U.S. 140, 150 (1985). But many district courts still do conduct a limited review of unobjected-to portions of an R&R, typically for clear error. *See* Fed. R. Civ. P. 72(b) advisory committee's note (1983 addition) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). Even assuming that review is necessary here, the Court sees no clear error in the Magistrate Judge's recommendation.

The Court **ADOPTS** the R&R (Dkt. 21). The Court **DENIES** Plaintiff's Motion for Default Judgment (Dkt. 18) with leave to file an amended motion to address the proper standard for determining whether personal jurisdiction exists over a foreign defendant and how this standard applies to the facts of this case.

**SO ORDERED** this 21st day of March, 2022.

MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE